**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EARLENE CLARK, | 3:12-cv-00069-HDM-VPC |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The court has considered the report and recommendation of the United States Magistrate Judge (#20) filed on March 14, 2013, in which the magistrate judge recommends that this court enter an order denying plaintiff's motion for reversal and/or remand (#17) and grant the defendant's cross-motion for summary judgment (#19). No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination

1

in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#20).

Accordingly, the plaintiff's motion for reversal and/or remand (#17) is **DENIED,** and the defendant's cross-motion for summary judgment (#19) is **GRANTED.**

**IT IS SO ORDERED.**

DATED: This 15th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

2